IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTIE CLARK                                                                           PLAINTIFF

Vs.                            CASE NO.   4:07cv00644 JMM

CLEBURNE COUNTY IN-HOME HEALTH                                       DEFENDANT

## ORDER

In the Initial Scheduling Order entered August 31, 2007 (docket entry #7), the parties were directed to file a Rule 26(f) Report no later than November 13, 2007.

The parties are directed to file the Rule 26(f) Report no later than December 14, 2007.[1]

IT IS SO ORDERED this 27th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties should consult Federal Rules of Civil Procedure 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.