FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 14 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTIE CLARK                                                                      PLAINTIFF

VS.                             NO. 4:07CV00644

CLEBURNE COUNTY IN-HOME HEALTH                       DEFENDANT

## ORDER

Pending is Plaintiff's motion to voluntarily dismiss. (Docket #20). For good cause shown, the motion is GRANTED. Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of December, 2007.

_____
James M. Moody
United States District Judge